IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                    CASE NO.: 4:07cr6-SPM

RICHARD FOOTMAN,

        Defendant.
_____/

## ORDER GRANTING MOTION TO INQUIRE

Upon consideration, the Motion to Inquire of Defendant (doc. 28) is granted. The Court will conduct the inquiry at the time previously scheduled for Defendant to enter a change of plea–9:00 a.m. on Tuesday, February 20, 2007.

DONE AND ORDERED this 16th day of February, 2007.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge