IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE NO.: 4:07cr6-SPM

RICHARD FOOTMAN,

      Defendant.
_____/

### ORDER APPOINTING NEW COUNSEL

This cause was heard on February 20, 2007 on Defendant's request for appointment of new counsel. In accordance with the Court's oral ruling at the hearing, it is

ORDERED AND ADJUDGED:

1. Attorney Randolph P. Murrell is granted leave to withdraw.

2. Attorney Armando Garcia, 16 N. Addams St., Quincy, FL, 32351, (850) 875-4668, is appointed to represent Defendant pursuant to the Criminal Justice Act.

DONE AND ORDERED this 26th day of February, 2007.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge