IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                      CASE NO.: 4:07cr6-SPM

RICHARD FOOTMAN,

       Defendant.
_____/

### ORDER CONTINUING SENTENCING

       Upon consideration, Defendant Richard Footman's Unopposed Motion for Continuance of August 20, 2007, Sentencing (doc. 57) is granted.  Sentencing is reset for 1:30 p.m. on October 15, 2007, at the United States Courthouse in Tallahassee, Florida.

       SO ORDERED this 30th day of July, 2007.

                                         *s/ Stephan P. Mickle*
                                         Stephan P. Mickle
                                         United States District Judge