IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                            CASE NO.: 4:07cr6-SPM

RICHARD FOOTMAN,

       Defendant.
_____/

## ORDER CONTINUING SENTENCING

Defense Attorney Armando Garcia has advised the Court that he is recovering from surgery.  He requests a continuance of sentencing.  The Government does not oppose.

Based on the foregoing, the sentencing hearing is reset for 1:30 p.m. on November 19, 2007, at the United States Courthouse in Tallahassee, Florida.

SO ORDERED this 12th day of October, 2007.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge