IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 4:07cr6-SPM

RICHARD FOOTMAN,

       Defendant.
_____/

## ORDER CONTINUING SENTENCING

Upon consideration, Defendant's Unopposed Motion for Continuance of November 19, 2007, Sentencing (doc. 61) is granted. The sentencing hearing is reset for 1:30 p.m. on Tuesday, January 22, 2008, at the United States Courthouse in Tallahassee, Florida.

SO ORDERED this 15th day of November, 2007.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge